IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS DAVIS,<br>    Petitioner, | )<br>)<br>) |
| vs. | )   Civil Action No. 06-1086<br>) |
| PAUL J. STOWITZKY,<br>    Respondent. | )<br>)<br>) |

ORDER

AND NOW, this 13th day of September, 2006, after the petitioner, Thomas Davis, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the motion for leave to file an amended petition filed by petitioner (Docket No. 5), which is being treated as objections to the Report and Recommendation, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 4), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (Docket No. 2) is dismissed and a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                                             _Maurice B. Cohill, Jr._
                                                                             Maurice B. Cohill, Jr.
                                                                             United States District Judge

cc: Thomas Davis
BZ-9982
S.R.C.F.
801 Butler Pike
Mercer, PA 16137